UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**Claire Decker**                                                    **Civil Action No. 06-1169**

versus                                                                **Judge Tucker L. Melançon**

**Commission of Social Security**                                     **Magistrate Judge Hill**

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation [Rec. Doc. 11]. No objections have been filed. After an independent review of the record, the Court concludes that the findings and recommendation of the magistrate judge are correct under the applicable law and therefore adopts the conclusions set forth therein. It is therefore

**ORDERED** that the Commissioner's decision is reversed, and the claimant is awarded benefits, with an onset date for the commencement of benefits for January 4, 1999.

**THUS DONE AND SIGNED** this 1st day of August, 2007 in Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE